THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| STEVE J. CREASEY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) No. 04-3186-CV-S-FJG-SSA |
| JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY, | ) ) ) |
| Defendant. | ) ) |

## ORDER

Pending before the Court is Plaintiff's Motion for Attorney's Fees. (Doc. No. 14). Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, plaintiff is entitled to an award of reasonable attorney fees and costs. Having reviewed the record, the Court finds that the reasonable amount for attorney fees is $3,937.99. Consequently, Plaintiff's Motion for Attorney Fees (Doc. No. 14) is **GRANTED** for the sum of $3,937.99.

**IT IS SO ORDERED.**

Dated: June 14, 2005
Kansas City, Missouri

/s/ Fernando J. Gaitan, Jr.
Fernando J. Gaitan, Jr.
United States District Judge