# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| STEVE J. CREASEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) No. 04-3186-CV-S-FJG-SSA |
| JO ANNE B. BARNHART, | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL CASE

____ **Jury Verdict**. This action came before the Court for a trial by jury. the issues have been tried and the jury has rendered its verdict.

**X** **Decision by Court.** This action came before the Court. The issues have been determined and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that

plaintiff's Motion for Attorney Fees (Doc. No. 14) is **GRANTED** for the sum of $3,937.99.

| | |
|---|---|
| June 14, 2005 | Patricia L. Brune |
| Date | Clerk |

                                                             **/s/ Rhonda Enss**
                                                             (by) Deputy Clerk